EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

| | |
|---|---|
| Matsuoka Reizo Co., Ltd., | Case No. 07 CV 10297 (VM) |
| Plaintiff, | **RULE 7.1 INITIAL DISCLOSURE STATEMENT** |
| - against - | |
| Sea Trade International Inc. and China Ocean Shipping Co., Ltd., | |
| Defendants. | |

-------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NOT PUBLICLY HELD OR TTRADED

Dated: New York, New York
November 13, 2007

EDWARD C. RADZIK (ER-2473)
McDermott &Radzik, LLP
Attorneys for
Wall Street Plaza - 88 Pine Street
New York, NY 10005-1801
(212) 376-6400