UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Matsuoka Reizo Co., Ltd.,

              Plaintiff,

   -  against -

Sea Trade International Inc. and China Ocean
Shipping Co., Ltd.,

             Defendants.
------------------------------------------------------X

07 Civ. 10297 (VM)

**CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING
ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1.     This case is not to be tried to a jury:

2.     Joinder of additional parties to be accomplished by: **March 7, 2008.**

3.     Amended pleadings may be filed without leave of the Court until: **March 28, 2008.**

4.     Initial disclosure pursuant to Fed. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties conference pursuant to Rule 26(f), specifically by no later than: **February 29, 2008**.

5.     All fact discovery is to be completed either:

      a. Within one hundred twenty (120) days of the date of this Order, specifically by not later than: **June 6, 2008.**

      b. Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than: _____ _____ _____

6.     The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

    a. Initial requests for production of documents to be served by: **March 28, 2008**.

    b. Interrogatories to be served by all parties by: **March 28, 2008.**

    c. Depositions to be completed by: **June 6, 2008.**

        i. Unless the parties or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

        ii. Depositions of all parties shall proceed during the same time.

        iii. Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

    d. Any additional contemplated discovery activities and the anticipated completion date: **June 16, 2008**

    e. Requests to Admit to be served no later than: **June 16, 2008.**

7. All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

    a. Plaintiff:   **June 23, 2008**
    b. Defendants: **July 7, 2008**

8. Contemplated motions:

    a. Plaintiff:   None at this time
    b. Defendants: None at this time

9. Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than: July 31, 2008.

10. Do all parties consent to trial by a Magistrate Judge under 28 U.S.C.§ 63(c)?

        Yes  _____           No  \_\_at this time\_\_

**TO BE COMPLETED BY THE COURT:**

11.     The next Case Management Conference is scheduled for: *6-13-08 at 9:41a.q.*

In the event the case is to proceed to trial, a firm date and the deadline for submission of the Joint Pre-trial Order and related documents shall be scheduled at the pre-trial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pre-trial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed *voir dire* and jury instructions shall be filed with the Joint Pre-trial Order.   No motion for summary judgment shall be served after the deadline fixed for the Joint Pre-trial Order.

**SO ORDERED**:

Dated: New York, New York
     February ___, 2008

                                       VICTOR MARRERO
                                       U.S.D.J.