20-08/ROSS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for CHINA OCEAN SHIPPING CO., LTD.
80 Pine Street
New York, New York 10005
(212) 425-1900

James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| MATSUOKA REIZO CO., LTD., | ECF Case |
| Plaintiff, | 07 CV 10297 (VM) |
| - against - | |
| SEA TRADE INTERNATIONAL, INC. and CHINA OCEAN SHIPPNIG CO., LTD., | **RULE 7.1 STATEMENT** |
| Defendants. | |

-----------------------------------------------------------

Defendant CHINA OCEAN SHIPPING CO. LTD. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private party, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        May 19, 2008

                                               FREEHILL HOGAN & MAHAR, LLP
                                               Attorneys for Defendant
                                               CHINA OCEAN SHIPPING CO., LTD.

By: _____
                                     JAMES L. ROSS (JR 6411)
                                     80 Pine Street
                                     New York, NY 10005
                                     (212) 425-1900
                                     (212) 425-1901 fax