GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

May 21, 2008

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

Our Ref: 20-08/ROSS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-08

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, NY 10007

      RE:    Matsuoka Reizo Co., Ltd. v. Sea Trade International, Inc.
              and China Ocean Shipping Co.
              07 CV 10297 (VM)

Dear Judge Marrero:

      We are attorneys representing the Defendant CHINA OCEAN SHIPPING CO., LTD. in the captioned litigation pending before Your Honor. With the consent and agreement of all opposing counsel, we respectfully ask that the Court allow the parties an additional 90 days within which to complete all fact discovery. Enclosed is the existing Civil Case Management Plan and Scheduling Order which had set June 6, 2008 for completing fact discovery. This is the first request for an extension of the fact discovery deadline.

      The subject litigation is a maritime claim for alleged damage of frozen seafood transported by sea from Tacoma, Washington to Tokyo, Japan. To date, the parties have made their initial disclosure and there has been document discovery. However, additional documentation and information is needed from Japan, where the alleged damaged shipment was delivered, as well as the load port at Tacoma.

NYDOCS1/305142.1

Under the circumstances, we respectfully ask that the deadline for completing factual discovery be extended up to September 8, 2008. In addition, we jointly ask that the upcoming June 13, 2008 Pre-Trial Conference, which had been scheduled in conjunction with the completion of discovery, be adjourned until sometime in September following completion of discovery.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

James L. Ross

ROSS:hr
Enclosure

CC:
McDermott & Radzik, LLP
Wall Street Plaza
88 Pine Street, 21st floor
New York, New York 10005
Attn: Edward C. Radzik, Esq.

Cichanowicz Callan Keane Vengrow & Textor
61 Broadway
Suite 3000
New York, New York 10006
Attention: Patrick M. DeCharles, II, Esq.

> Request GRANTED. The Case Management Plan for this action is amended so as to extend the time for completion of fact discovery to 9-19-08. Any other related deadlines affected by this extension shall be similarly modified. The next status conference is rescheduled to 9-19-08 at 9:45 a.m.
> SO ORDERED.
> 5-22-08
> DATE   VICTOR MARRERO, U.S.D.J.

NYDOCS1/305142.1

FREEHILL HOGAN & MAHAR LLP