```
USDS SDNY
DOCUMENT
ELECTRONICALLY F[...]
DOC #: _____
DATE FILED: 9-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MATSUOKA REIZO CO., LTD.,           :
                                    :  07 Civ. 10297 (VM)
                    Plaintiff,      :
                                    :        **ORDER**
        - against -                 :
                                    :
SEA TRADE INTERNATIONAL INC.,       :
et. al.,                            :
                                    :
                    Defendants.     :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court, by Order dated June 2, 2008, referred this action to the Court's Mediation Program in an effort to resolve their dispute without further litigation. Accordingly, it is hereby

**ORDERED**, that this action be placed on the Court's Suspense Docket for a period of ninety (90) days of the date of this Order; and it is further

**ORDERED** that counsel for plaintiff inform the Court within such period of the status of mediation and the prospects of resolution through such proceedings. In the event upon such notification plaintiff reports that the matter is not likely to be resolved by such mediation, the Court shall promptly restore the action to its active docket and the parties shall be directed to appear before the Court to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          3 September 2008

_____
VICTOR MARRERO
U.S.D.J.